United States Bankruptcy Court

Southern District of Indiana

In re:                                                                          Case No. 20-06613-RLM

Sherri Louise Hogg                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0756-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 06, 2023 | Form ID: SF00200 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

**Recip ID**     **Recipient Name and Address**
db     + Sherri Louise Hogg, 1128 N. Broadway St., Greensburg, IN 47240-1201

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023                    Signature:        /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00200 (rev 11/2020)

In re:

**Sherri Louise Hogg**,
        Debtor.

Case No. **20–06613–RLM–13**

## NOTICE OF HEARING

An Objection to Motion to Dismiss Case was filed on September 6, 2023, by Debtor Sherri Louise Hogg. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

Date: October 3, 2023
Time: 10:00 AM Eastern
Place: US Courthouse
      46 E Ohio St Rm 310
      Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: September 6, 2023

Eric R. Kleis
Clerk, U.S. Bankruptcy Court